# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) Plaintiff, ) | Case No.  2:13-cr-00340-GMN-VCF |
| vs. ) | **ORDER** |
| BRETT MCSPADDEN, ) | |
| ) Defendant. ) | |

This matter is before the undersigned on Defendant Brett McSpadden's Motion to Revoke Appearance Bond (#183), filed April 16, 2015.  The motion is not supported by any points and authorities and will be denied without prejudice.  *See* Local Criminal Rule 47-9.  Accordingly,

**IT IS HEREBY ORDERED** that Defendant Brett McSpadden's Motion to Revoke Appearance Bond (#183) is **denied without prejudice**.

DATED: April 28, 2015.

_____
**C.W. Hoffman, Jr.**
**United States Magistrate Judge**